ROSALIE G. JONES, Individually and as Executrix and Trustee under the Will of MARY E. JONES, Deceased, Respondent, *v.* INCORPORATED VILLAGE OF LLOYD HARBOR et al., Appellants.

Argued February 27, 1951; decided April 5, 1951.

*Jackson A. Dykman, Ralph W. Crolly* and *Dimitri G. S. Eristoff* for appellants.

No appearance for respondent.

Order affirmed, without costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.